HERMANN A. VEIT, Respondent, *v.* AMERICAN EXCHANGE IRVING TRUST COMPANY, as Trustee, Appellant.

(Argued March 26, 1929; decided April 16, 1929.)

*Martin A. Schenck* and *Carl E. Peterson* for appellant. *Edward H. Wilson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.